UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORY JOSEPH PAYNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1826** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION: "A" (5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

December 22, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE